

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/2021

**Jennifer E. Sherven, Esq.**
T: (516) 283-8714
E-mail: JSherven@kdvlaw.com

www.kdvlaw.com

May 20, 2021

**VIA ECF**
Hon. Analisa Torres
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    **Jose Quezada v. Honeybee Gardens, Inc.**
              **Case No. 1:21-CV-02581(AT)**
              **KDV File No.: 089721-0001**

Dear Judge Torres:

    We represent the defendant, Honeybee Gardens, Inc. ("Defendant"), in the above-captioned case.

    Defendant recently executed a waiver of service, which provides Defendant until July 18, 2021, to submit an answer or otherwise respond to the Complaint. Accordingly, Defendant respectfully requests an adjournment of the Initial Conference, currently scheduled for May 27, 2021, until after the deadline for Defendant to respond to the Complaint. Plaintiff's counsel, Mr. Khaimov, has provided consent for this application, which is the first extension request filed in this case.

    We thank the Court for its consideration of this matter.

                            Respectfully Submitted,
                             Kaufman Dolowich & Voluck, LLP

                             Jennifer E. Sherven

cc:    All Counsel of Record (via ECF)

4846-7668-6570, v. 1

    GRANTED in part, DENIED in part. The conference scheduled for May 27, 2021, is ADJOURNED to **July 8, 2021**, at **10:00 a.m.** By **July 1, 2021**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: May 21, 2021
       New York, New York

                             ANALISA TORRES
                           United States District Judge